**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00002-CV**
_____

**IN RE CLEARCLAIM PUBLIC ADJUSTERS AND MINERVA DURAN**

**Original Proceeding**
**136th District Court of Jefferson County, Texas**
**Trial Cause No. D-208,207**

**MEMORANDUM OPINION**

ClearClaim Public Adjusters and Minerva Duran, Relators, filed an unopposed motion to withdraw their petition for a writ of mandamus. Relators inform this Court that this mandamus proceeding is moot because the parties resolved their dispute in the underlying Rule 202 proceeding. On January 31, 2022, the trial court granted their joint motion to dismiss the Rule 202 proceeding with prejudice and signed an order setting aside its order granting a petition to take pre-suit depositions.

1

We lift our stay order of January 7, 2022, grant the motion to withdraw the mandamus petition, and dismiss the original proceeding for a writ of mandamus without reference to the merits.

PETITION DISMISSED.

PER CURIAM

Submitted on February 16, 2022
Opinion Delivered February 17, 2022

Before Golemon, C.J., Horton and Johnson, JJ.